

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00908-CR

Kit **SHUM**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR1592
Honorable Melisa Skinner, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED December 2, 2015.

*Sandee Bryan Marion*
Sandee Bryan Marion, Chief Justice